IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| In re:<br><br>ERIC P. BONESTEEL,<br><br>Debtor. | CASE NO. 21-80505-JJG-7 |

**UNITED STATES TRUSTEE'S MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707**

Nancy J. Gargula, United States Trustee, by Ronald J. Moore, Assistant United States Trustee, hereby moves this Court to extend the time to file a motion to dismiss pursuant to 11 U.S.C. § 707(b). In support of her motion, the United States Trustee would advise this Court as follows:

1. Eric P. Bonesteel (the "Debtor") filed a Chapter 7 bankruptcy petition on November 23, 2021.

2. The first date set for the meeting of creditors pursuant to 11 U.S.C. § 341 was December 21, 2021.

3. According to Fed. R. Bankr. P. 1017(e)(1), a motion by the United States Trustee to dismiss a case pursuant to 11 U.S.C. § 707(b) shall be filed not later than 60 days following the first date set for the meeting of creditors, unless, before such time has expired, the court for cause extends this time for filing the motion.

4. Accordingly, the last day to file a motion to dismiss this case under § 707(b) is February 22, 2022.

5.	The United States Trustee has requested, and is awaiting, amendments from the Debtor to verify Debtor's testimony at his § 341 meeting related to additional income which was undisclosed in his original schedules and Official Form 122A-1.

6.	The Debtor will automatically be issued a discharge electronically upon the expiration of the last day to object ("LDO") to the discharge. Because entry of the discharge would render any motion to dismiss ineffectual, the United States Trustee also requests entry of the discharge be delayed as well.

7.	Based on the foregoing, the United States Trustee requests an extension of the time within which to file a motion to dismiss to and including April 25, 2022.

WHEREFORE, the United States Trustee prays that, pursuant to FRBP 1017(e)(1), the time to file a Motion to Dismiss pursuant to 11 U.S.C. § 707(b) be extended and the entry of the discharge be delayed for approximately 60 days to and including April 25, 2022, and for such other relief as is just and proper.

Respectfully submitted,

NANCY J. GARGULA
United States Trustee

By:	/s/ Ronald J. Moore
Ronald J. Moore, AUST
Office of the United States Trustee
Birch Bayh Federal Bldg. and
United States Courthouse
46 E. Ohio St., Room 520
Indianapolis, IN 46204
Phone: (317) 226-6101

Fax: (317) 226-6356
Ronald.Moore@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, a copy of the foregoing **UNITED STATES TRUSTEE'S MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707** was filed electronically. Notice of this filing will be sent to the following parties through the Courts Electronic Filing System. Parties may access this filing through the Courts system.

Lou Ann Marocco - trustee@maroccolawindy.com, lam@trustesolutions.net

B. Scott Skillman - skillmandefensefirm@gmail.com, G1546@notify.cincompass.com

I further certify that on February 22, 2022, a copy of the foregoing **UNITED STATES TRUSTEE'S MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707** was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Eric P Bonesteel
374 West Adams Street
Cayuga, IN 47928

/s/ Ronald J. Moore
Ronald J. Moore
Assistant U.S. Trustee